STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1223

PAMELA BORDELON

VERSUS

TUNICA BILOXI INDIAN TRIBE OF LA,
d/b/a PARAGON CASINO AND RESORT

**********
APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 2
PARISH OF RAPIDES, NO. 02-08904
JAMES L. BRADDOCK, WORKERS' COMPENSATION JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

AFFIRMED.

Jay Anthony Pucheu
P. O. Box 310
Marksville, LA 71351
(318) 253-5080
Counsel for Plaintiff/Appellant
    Pamela Bordelon

Anthony P. Palermo
Breazeale, Sachse & Wilson
P. O. Box 3197
Baton Rouge, LA 70821
(225) 387-4000
Counsel for Defendant/Appellee
    Tunica Biloxi Indian Tribe of LA,
    d/b/a Paragon Casino and Resort

GREMILLION, Judge.

The plaintiff, Pamela Bordelon, appeals the judgment of the workers' compensation judge granting an exception of subject matter jurisdiction in favor of the defendant, Tunica Biloxi Indian Tribe of LA, d/b/a Paragon Casino and Resort, dismissing her workers' compensation claim with prejudice. Tunica Biloxi filed the exception claiming that it was immune from suit in the Louisiana Department of Labor, Office of Workers' Compensation, due to its sovereign status as an Indian nation.

After reviewing the law and the evidence, we conclude that the issue in this matter is essentially identical to that raised in our recent decision of *Ortego v. Tunica Biloxi Indians of LA, d/b/a Paragon Casino*, 03-1001 (La.App. 3 Cir. 2/4/04), __ So.2d __. Finding our opinion in *Ortego* controlling, we affirm the dismissal of Bordelon's suit.

## CONCLUSION

For the foregoing reasons, the judgment of the workers' compensation judge granting Tunica Biloxi's exception of lack of subject matter jurisdiction is affirmed. The costs of this matter are assessed to the plaintiff-appellant, Pamela Bordelon.

**AFFIRMED.**